HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
JEROME PRICE, CA Bar # 282400
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
BARRETT ALLEN MAURY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BARRETT ALLEN MAURY,<br><br>　　　　Defendant. | Case No.  6:14-mj-00027<br><br>**STIPULATION FOR DEFENDANT TO APPEAR TELEPHONICALLY; ORDER THEREON**<br><br>Date:   April 15, 2014<br>Time:  10:00 a.m.<br>Judge:  Hon. Michael J. Seng |

　　　　The parties hereto, through their respective attorneys of record, stipulate and thereby jointly move this Court to permit the defendant, Barrett Maury, to waive his right to be personally present at his initial appearance, change of plea, and sentencing hearing scheduled on the above-mentioned date, and instead appear telephonically.  The parties make this request pursuant to Fed. R. Crim. P. 43(b)(2).

　　　　Mr. Maury has been in settlement discussions with the government through his attorney.  The parties have agreed on a resolution of this matter.  Pursuant to the Change of Plea Agreement, attached to this stipulation, Mr. Maury will plead guilty to Count Two of the Criminal Complaint and ask the Court to place him on probation without entering a judgment of conviction.  The government will dismiss Count One of the Complaint.  Mr. Maury lives in Tennessee and it would pose a financial hardship to fly to California to appear in court.  Given that the agreement between the parties may ultimately result in a dismissal of both Counts, Mr.

Maury requests that the Court accept his waiver of his right to be present at the proceedings on April 15, 2014.  Mr. Maury agrees that his interests shall be represented at all times by the presence of his attorney of record, the Office of the Federal Defender for the Eastern District of California, the same as if he were personally present.

                                             Respectfully submitted,

                                             BENJAMIN J. WAGNER
                                             United States Attorney

Dated: April 9, 2014                     /s/ Matthew McNease
                                             MATTHEW McNEASE
                                             Acting Legal Officer
                                             National Park Service
                                             Yosemite National Park

Dated: April 9, 2014                     HEATHER E. WILLIAMS
                                             Federal Defender

                                             /s/ Jerome Price
                                             JEROME PRICE
                                             Assistant Federal Defender
                                             Attorneys for Defendant
                                             BARRETT ALLEN MAURY

**O R D E R**

IT IS SO ORDERED.

Dated:   April 11, 2014                      /s/ *Michael J. Seng*
                                             UNITED STATES MAGISTRATE JUDGE