Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BARETT ALLEN MAURY,<br><br>Defendant. | DOCKET NO. 6:14-mj-027-MJS<br><br>**NOTICE OF WITHDRAWAL OF PROBATION VIOLATION, AND REQUEST TO VACATE REVIEW HEARING AND ORDER THEREON**<br><br>Court: U.S. District Court – Yosemite<br>Judge: Honorable Michael J. Seng |

Defendant, Barrett Allen MAURY, was arrested March 13, 2014, in Yosemite National Park and charged with two counts in a criminal complaint: Count 1: Possession of a controlled substance (marijuana); and Count 2: Possession of a controlled substance (Psilocybin mushrooms). MAURY plead guilty April 15, 2014, to Count 2 and the other count was dismissed. This Court did not enter judgment on Count 2 and deferred entry for 12 months. MAURY was sentenced to the following: pay a $800 fine within 10 months, 12 months of unsupervised probation, obey all laws, and to report new law violations. A Review Hearing has been set for March 3, 2015, at 10:00 a.m. in Yosemite National Park. On February 24, 2015, this court signed a Probation Violation in which the Government alleged MAURY failed to pay his fine in full. On March 2, 2015,

1

the Yosemite Legal Office was provided proof of full payment of the fine. The Government withdraws its request for a Probation Violation in this matter and asks the Court to vacate the Review Hearing on March 3, 2015, at 10:00 a.m.

`

Dated: March 3, 2015          By: /s/ Matthew McNease
Matthew McNease
Acting Legal Officer
Yosemite National Park, CA

**THE COURT ORDERS AT THE GOVERNMENT'S REQUEST:**

The Probation Violation is retracted and the February 3, 2015 hearing is vacated.

IT IS SO ORDERED.

Dated: March 3, 2015          /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE